1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| SELINA BRYANT<br><br>                   Plaintiffs,<br><br>vs.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC.; SOUTHWEST CARPENTERS HEALTH & WELFARE TRUST, and DOES 1 through 10, inclusive<br><br>                   Defendants. | Case No.: 10-CV-09560 RGK (RZx)<br><br>Action Filed : 12/15/2010<br>Trial Date: 11/08/2011<br><br>**[~~PROPOSED~~] JUDGMENT REGARDING ATTORNEYS' FEES AND COSTS**<br><br>[Filed Concurrently With:<br> -  Notice of Lodging [Proposed] Judgment Regarding Attorneys' Fees and Costs] |

1   Following the October 28, 2013 Mandate by the United States Court of
2   Appeal for the Ninth Circuit (Docket No. 65), this Court issued an "Order on
3   Remand re: Plaintiff's and Defendants' Request for Attorney's Fees" (Docket No.
4   66). In the Order, this Court denied Defendants' Motion for Attorneys' Fees, with
5   prejudice. With respect to Plaintiff Selina Bryant's ("Bryant") entitlement to
6   attorneys' fees and costs, this Court denied Bryant's motion without prejudice,
7   pending the filing of a properly noticed motion for attorneys' fees and costs.

9   After considering the parties' filings with respect to Bryant's request for
10  attorneys' fees and costs, and having GRANTED Bryant's Motion after a finding
11  that Bryant was the prevailing party,

13  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Bryant
14  is entitled to recover from Defendant Connecticut General Life Insurance Company
15  the sums of $73,740.00 in attorneys' fees and $4,346.56 in costs, for a total of
16  $78,086.56 (Docket No. 76).

18  **IT IS SO ORDERED**.

20  DATED: February 07, 2014

_____
Hon. R Gary Klausner
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-464-9714; E-mail address: xx@ mckennonlawgroup.com.

I hereby certify that on February 4, 2014, I served the foregoing documents described as:  on the interested parties as follows:

| | |
|---|---|
| William P. Donovan, Jr.<br>Matthew D. Caplan<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars,<br>Suite 400, North Tower<br>Los Angeles, CA 90067-6023<br><br>Tel:     310.595.3000<br>Fax:    310.595.3300<br>Email: *william.donovan@dlapiper.com*<br>            *matthew.caplan@dlapiper.com*<br>cc:     *laverne.patane@dlapiper.com*,<br>         *benjamin.turner@dlapiper.com*,<br>         *susan.byrd@dlapiper.com*,<br>         *docketingla@dlapiper.com* | Attorney for: Defendants CONNECTICUT GENERAL LIFE INSURANCE COMPANY (sued as CIGNA HEALTHCARE OF CALIFORNIA) and SOUTHWEST CARPENTERS HEALTH & WELFARE TRUST<br><br>☒  Registered participant of ECF. |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on February 4, 2014.

NAME: Brent L. Vossler        *Brent L. Vossler*
                                                (Signature)

DOCUMENT1

Case No.: 10-CV-09560 RGK (RZx)

