**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

SELINA BRYANT

Plaintiffs,

vs.

CIGNA HEALTHCARE OF CALIFORNIA, INC.; SOUTHWEST CARPENTERS HEALTH & WELFARE TRUST, and DOES 1 through 10, inclusive

Defendants.

Case No.: 10-CV-09560 RGK (RZx)

Action Filed: 12/15/2010
Trial Date: 11/08/2011

**[PROPOSED] JUDGMENT REGARDING ATTORNEYS' FEES AND COSTS**

[Filed Concurrently with:
- Plaintiff's Notice of Lodging [Proposed] Judgment Regarding Attorneys' Fees and Costs]

On February 14, 2014, this Court issued a Judgment Regarding Attorneys' Fees and Costs (Docket No. 78), holding that Plaintiff Selina Bryant ("Bryant") was is entitled to recover from Defendant Connecticut General Life Insurance Company ("CGLIC") the sums of $73,740.00 in attorneys' fees and $4,346.56 in costs, for a total of $78,086.56.

Following an appeal to the United States Court of Appeal for the Ninth Circuit, the matter was remanded back to this Court for further consideration of the attorneys' fees issue. Upon consideration of the parties' submissions, this Court determined that Bryant was entitled to an additional $12,455.59 in attorneys' fees. (Docket No. 101)

After considering the parties' filings with respect to Bryant's requests for attorneys' fees and costs, and having GRANTED Bryant's motions after a finding that Bryant was the prevailing party,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Bryant and her counsel are entitled to recover from Defendant Connecticut General Life Insurance Company the sums of $86,195.59 in attorneys' fees and $4,346.56 in costs, for a total of $90,542.15.

Dated: AUG - 2 2016

R. Gary Klausner
United States District Court Judge